IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT L. COLLINS,

      Plaintiff,

      v.

PETER JAEGER, et al.,

      Defendants.

Case No. 22C0187

## NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT

The Defendants by their attorneys, Wisconsin Attorney General Joshua L. Kaul, and Assistant Attorneys General Brandon Flugaur and Pauline Toulouse, hereby give notice of removal of this civil action from the Dane County Circuit Court to the United States District Court for the Western District of Wisconsin pursuant to 28 U.S.C. §§ 1441, 1446.  The grounds for removal are as follows:

1. Dane County Case No. 22-CV-0362 has been commenced and is pending in the Circuit Court for Dane County.

2. Plaintiff is held in the custody of the Wisconsin Secure Program Facility (WSPF), also known as Boscobel. This action was commenced when he filed a Summons and Complaint on February 15, 2022. Ellen Ray accepted service of the Summons and Complaint on Peter Jaeger, Mark Kartman, Joshua Kolbo, and Brett Wilkinson, on March 22, 2022.

3. Pursuant to 28 U.S.C. § 1446(a), a true and complete copy of the

Summons and Complaint is attached to this Notice as Exhibit 1.

4.     This action is being timely removed on March 28 2022, within 30 days after service on the Defendants. *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.,* 526 U.S. 344, 353-54 (1999).  All defendants join in this removal.

5.     The civil action now governed by the Complaint remains pending.

6.     The action arises under provisions of the federal constitution and federal statute, specifically 42 U.S.C. § 1983.

7.     This Court has original jurisdiction over claims arising under the Constitution or laws of the United States. 28 U.S.C. § 1331.

8.     This action may be removed to this Court pursuant to 28 U.S.C. § 1441(a), which authorizes removal of "any civil action brought in a State court of which the district courts of the United States have original jurisdiction." 28 U.S.C. § 1441(a); *see also Wis. Dep't of Corrs. v. Schacht,* 524 U.S. 381, 386 (1998). Removal is proper when federal law claims are asserted in state court, even if those federal law claims may be initiated in state court. *Breuer v. Jim's Concrete of Brevard, Inc.,* 538 U.S. 691, 693 (2003).

9.     The United States District Court for the Western District of Wisconsin is the proper venue for removal of this action because the action was commenced and is pending in a Wisconsin circuit court within this district. 28 U.S.C. § 1441(a).

10.     Pursuant to 28 U.S.C. § 1446(d), written notice of the removal of this action, including a copy of this Notice of Removal, is being simultaneously mailed to

the plaintiff and to the Clerk of Courts for the Circuit Court of Dane County, Wisconsin.

11.    Pursuant to 28 U.S.C. § 1441(a), removal of these claims is mandatory upon compliance with 28 U.S.C. § 1446 as herein accomplished.

12.    Defendants are represented by undersigned counsel and consent to this removal.

**WHEREFORE**, Defendants represent that they have complied with the applicable provisions of law and give notice that this action stands removed from the Circuit Court for Dane County, Wisconsin, to the United States District Court for the Western District of Wisconsin.

Dated: April 4, 2022

Respectfully submitted,

JOSHUA L. KAUL
Attorney General of Wisconsin

s/Pauline Toulouse
PAULINE TOULOUSE
Assistant Attorney General
State Bar #1087799

BRANDON T. FLUGAUR
Assistant Attorney General
State Bar #1074305

Wisconsin Department of Justice          Attorneys for Defendants Jaeger, Kartman,
Post Office Box 7857                      Kolbo, and Wilkinson.
Madison, Wisconsin 53707-7857
(608) 264-9451 (Toulouse)
(608) 266-1780 (Flugaur)
(608) 294-2907 (Fax)
toulousep@doj.state.wi.us
flugaurbt@doj.state.wi.us

3