IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROBERT L. COLLINS BEY,

              Plaintiff,

v.                                                           ORDER

PETER JAEGER, MARK KARTMAN, JOSHUA          22-cv-187-jdp
KOLBO, and BRETT WILKINSON,

              Defendants.

---

      Plaintiff Robert L. Collins Bey, appearing pro se, filed this lawsuit in the Circuit Court for Dane County, Wisconsin, alleging that prison officials fabricated a conduct report against him and then withheld exculpatory evidence that could have prevented his disciplinary conviction. Defendants removed the case to this court. I screened Collins Bey's complaint and concluded that Collins Bey's allegations failed to state a claim upon which relief may be granted. Dkt. 7. I dismissed the case with prejudice, stating "I see no allegations suggesting that he could amend his complaint to state a plausible theory for relief." *Id.* at 10.

      Collins Bey has responded with what he calls a "motion for amended and supplemental pleadings," stating that I should have given him a chance to amend his complaint before dismissing the case. Dkt. 10. But Collins Bey does not attach a proposed amended complaint or supplement to the complaint explaining what allegations or legal theories he would add to state a plausible claim for relief. I will give Collins Bey a short time to submit his proposed new pleading, along with a brief explaining what he has added to the complaint.

ORDER

IT IS ORDERED that plaintiff Robert L. Collins Bey may have until November 15, 2022, to submit his motion for leave to amend his complaint by filing his proposed amended pleading and a brief explaining the changes to his complaint.

Entered November 1, 2022.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge